## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Dembin v. LVI Services, Inc.                                    Docket No.: 13-1165

Lead Counsel of Record (name/firm) or Pro se Party (name): Joanne Seltzer, Esq./Jackson Lewis LLP

Appearance for (party/designation): LVI Services, Inc., LVI Parent Corp., Scott E. State/Defendants-Appellees

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
   Parties: _____
( ) Incorrect. Please change the following parties' designations:
   Party                                    Correct Designation


**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
(✔) Incorrect or Incomplete, and should be amended as follows:

Name: Joanne Seltzer, Esq.
Firm: Jackson Lewis LLP
Address: 666 Third Avenue, 29th Floor, New York, New York 10017
Telephone: 212-545-4070                         Fax: 212-972-3213
Email: joanne.seltzer@jacksonlewis.com

### RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

(✔) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: Fried v. LVI Services, Inc., Docket No. 11-4791, 2012 U.S. App. LEXIS 21244 (2d Cir. Oct. 15, 2012)

### CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Joanne Seltzer
Type or Print Name: Joanne Seltzer, Esq.
   OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.